UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CHRISTOPHER PISARRA,<br>　　　　Defendant. | Case No.  98-cv-03302-MAG   (MEJ)<br><br>**ORDER TO SHOW CAUSE** |

On October 9, 2014, the Court ordered Defendant Christopher Pisarra to appear on December 8, 2014 and furnish information to aid in enforcement of a money judgment against him. Dkt. No. 10. A copy of the order was served on Defendant on October 26, 2014. Dkt. No. 11. However, Defendant failed to appear at the December 8 exam. Accordingly, the Court hereby ORDERS Defendant Christopher Pisarra to show cause why he should not be held in contempt for failure to appear at the December 8 debtor exam. Plaintiff shall file a declaration by January 29, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on February 12, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff shall serve a copy of this Order upon Defendant.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge